FARLIN BALL, as Executor, etc., Respondent, *v.* RUSSELL B. BIDDLECOM et al., Executors, etc., Appellants.

(Argued January 31, 1884; decided February 26, 1884.)

THIS was a reference under the statute of a claim for services.

*Wayland F. Ford* for appellants.

*Watson M. Rogers* for respondent.

Agree to modify judgment by reducing rate of interest one per cent from January 1, 1880, to September 14, 1881, and to affirm as modified ; no opinion.
All concur.
Judgment accordingly.

---

FREDERICK LOOMIS, as Trustee, etc., *v.* G. BYRON DOUD, Administrator, etc., Appellant; GEORGE A. WHITE et al., Respondents.

(Argued January 31, 1884 ; decided February 26, 1884.)

*Frederic A. Lyman* for appellant.

*C. L. Stone* for respondents.

Agree to affirm on opinion in *Tillman* v. *Davis* (*ante*, p. 17).
All concur.
Judgment affirmed.